FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| LILIAN MELENDEZ<br>Plaintiff,<br><br>v.<br><br>NEW CENTURY MORTGAGE CORPORATION<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A.05-250-T |

## DISMISSAL STIPULATION

Pursuant to Federal Rules of Civil Procedure 41 (a), the Plaintiff hereby dismisses her complaint against the Defendant, New Century Mortgage Corporation with prejudice.

Lillian Melendez
By her attorney,

[signature]

Christopher M. Lefebvre

Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

Lillian Melendez [signature]

ENTER: Ernest C. Torres [signature]
Ernest C. Torres
Chief, U.S. District Judge

DATE: 9/23/05